IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TARON DEJUAN GRIFFIEN | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations: 18 U.S.C. §§ 922(g)(1), 924(a)(8), 924(d); 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), 853; and 28 U.S.C. § 2461(c) |

COUNT ONE

**Possession of Firearms by a Prohibited Person**

The Grand Jury Charges:

On or about May 30, 2023, in the District of North Dakota,

TARON DEJUAN GRIFFIEN,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Carrying a Handgun without a License, a felony, in violation of Indiana Code § 35-47-2-1, in Superior Court, County of Allen, State of Indiana, Cause No.: 02D04-1904-F3-25, with the judgment dated on or about October 23, 2019, did knowingly possess firearms, that is, a Smith & Wesson, Model M&P 9 Shield, 9mm pistol, bearing Serial Number: HYX3230, and a SCCY, Model CPX-2, 9mm pistol, bearing Serial Number: C094544, said firearms having been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT TWO

**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury Further Charges:

On or about May 21, 2023, in the District of North Dakota,

TARON DEJUAN GRIFFIEN

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl[1], a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

---

[1] 21 U.S.C. § 841(b)(1)(A)(vi): The chemical structure of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

## COUNT THREE

### Distribution of a Controlled Substance

The Grand Jury Further Charges:

On or about May 15, 2023, in the District of North Dakota,

TARON DEJUAN GRIFFIEN

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl[2], a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

---

[2] 21 U.S.C. § 841(b)(1)(A)(vi): The chemical structure of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

FORFEITURE NOTICE

Upon conviction of the offenses alleged in this Indictment,

TARON DEJUAN GRIFFIEN

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), the firearm, ammunition, and other property involved in the commission of the offenses, including, but not limited to, the following:

- One Smith & Wesson, Model M&P 9 Shield, 9mm pistol, bearing Serial Number: HYX3230;
- One SCCY, Model CPX-2, 9mm pistol, bearing Serial Number: C094544;
- Various rounds of 10mm ammunition; and
- Various rounds of 9mm ammunition.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RML/ak